UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS COLE,

    Plaintiff/Counter-Defendant,

vs.

Capel

RAVINDRANATH KAMBHAMPATI,
M.D., the RAVINDRANATH KAMBHAMPATI,
M.D., LIVING TRUST Dated OCTOBER
20, 2000, the JANAKI KAMBHAMPATI
LIVING TRUST Dated OCTOBER
20. 2000,

    Defendants/Counter-Plaintiffs.

Case No. 02-CV-74575
Hon. Robert H. Cleland
Magistrate Judge Wallace

**KOTZ, SANGSTER, WYSOCKI**
**AND BERG, P.C.**
Frederick A. Berg (P38002)
Gregory S. Pierce (P45552)
Attorneys for Plaintiff
400 Renaissance Center – Suite 2555
Detroit, Michigan 48243-1675
(313) 259-8300

**ISHBIA & GAGLEARD, P.C.**
Philip Cwagenberg (P36246)
Attorney for Defendants
251 Merrill, 2nd Floor
Birmingham, Michigan 48009
(248) 647-8590

## ANSWER TO COUNTERCLAIM

Plaintiff/Counter-Defendant, Louis Cole, by and through his attorneys, Kotz, Sangster, Wysocki and Berg, P.C., in response to the Counterclaim of Ravindranath Kambhampati, Janaki Kambhampati, Ravindranath Kambhampati, M.D., Living Trust Dated October 20, 2000, and Janaki Kambhampati Living Trust Dated October 20. 2000, and states as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

## FACTUAL ALLEGATIONS

2.      Denied for the reason it is untrue.

3.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

4.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

5.      Denied for the reason it is untrue.

6.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

7.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

8.      Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

9. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

10. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

11. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

12. Denied for the reason it is untrue.

13. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

14. Denied for the reason it is untrue.

15. Denied for the reason it is untrue.

16. Denied for the reason it is untrue.

## COUNT I
## BREACH OF CONTRACT – SPA

17. Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 16 as though fully set forth herein.

18. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

19. Denied for the reason it is untrue.

3

20.     Denied for the reason it is untrue.

21.     Denied for the reason it is untrue.

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

## COUNT II
## BREACH OF CONTRACT – PA

22.     Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 21 as though fully set forth herein.

23.     Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

24.     Denied for the reason it is untrue.

25.     Denied for the reason it is untrue.

26.     Denied for the reason it is untrue.

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

## COUNT III
## BREACH OF CONTRACT – Note

27.     Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 26 as though fully set forth herein.

4

28. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

29. Denied for the reason it is untrue.

30. Denied for the reason it is untrue.

31. Denied for the reason it is untrue.

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

## COUNT IV
## FRAUDULENT INDUCEMENT TO CONTRACT

32. Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 31 as though fully set forth herein.

33. Denied for the reason it is untrue.

34. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

35. Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

36. Denied for the reason it is untrue.

37. Denied for the reason it is untrue.

5

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

## COUNT V
## NEGLIGENT AND/OR INNOCENT MISREPRESENTATION
### SPA and PA

38.     Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 37 as though fully set forth herein.

39.     Denied for the reason it is untrue.

40.     Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

41.     Denied for the reason it is untrue.

42.     Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

43.     Denied for the reason it is untrue.

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

## COUNT VI
## INDEMNIFICATION UNDER THE SPA and PA

44.     Counter-Defendant Louis Cole repeats his answers to paragraphs 1 through 43 as though fully set forth herein.

6

45.    Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

46.    Neither admitted nor denied for the reason that Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted.

47.    Denied for the reason it is untrue.

48.    Denied for the reason it is untrue.

49.    Denied for the reason it is untrue.

WHEREFORE, Counter-Defendant Louis Cole, respectfully requests that this Court dismiss the Counter-Plaintiff's Counterclaim with prejudice and award Counter-Defendant costs and attorneys' fees wrongfully incurred.

Dated: December 23, 2002

KOTZ, SANGSTER, WYSOCKI
AND BERG, P.C.

By:_____
   Frederick A. Berg (P38002)
   Gregory S. Pierce (P45552)
   Attorneys for Plaintiff
   400 Renaissance Center, Ste. 2555
   Detroit, Michigan 48243-1602
   (313) 259-8300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS COLE,

                    Plaintiff/Counter-Defendant,

vs.
Capel

RAVINDRANATH KAMBHAMPATI,
M.D., the RAVINDRANATH KAMBHAMPATI,
M.D., LIVING TRUST Dated OCTOBER
20, 2000, the JANAKI KAMBHAMPATI
LIVING TRUST Dated OCTOBER
20. 2000,

               Defendants/Counter-Plaintiffs.

Case No. 02-CV-74575
Hon. Robert H. Cleland
Magistrate Judge Wallace

---

KOTZ, SANGSTER, WYSOCKI
  AND BERG, P.C.
Frederick A. Berg (P38002)
Gregory S. Pierce (P45552)
Attorneys for Plaintiff
400 Renaissance Center – Suite 2555
Detroit, Michigan 48243-1675
(313) 259-8300

ISHBIA & GAGLEARD, P.C.
Philip Cwagenberg (P30246)
Attorney for Defendants
251 Merrill, 2nd Floor
Birmingham, Michigan 48009
(248) 647-8590

---

## AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Counter-Defendant Louis Cole, by and through his attorneys, Kotz, Sangster, Wysocki and Berg, P.C., in further Response to the Counterclaim states the following Affirmative Defenses.

1.     The Counterclaim fails to state a claim upon which relief can be granted.

2.     As a result of Counter-Plaintiffs' material breach of contract, Counter-Defendant is excused from performing any obligations or covenants set forth in the Stock Purchase Agreement.

3. As a result of Counter-Plaintiffs' material breach of contract, Counter-Defendant is excused from performing any obligations or covenants set forth in the Real Property and Hospital Purchase Agreement.

4. Counter-Plaintiffs were the first parties to materially breach the contract, and therefore cannot make a claim for breach of contract.

5. To the extent that any arbitration clause exists in any agreement between the parties, the Counter-Plaintiffs' disputes must be resolved in arbitration.

6. Upon information and belief, some or all of Counter-Plaintiffs' claims have been released, paid, or discharged.

7. Counter-Plaintiffs' Counterclaim fails to plead fraud with particularity, or the degree of specificity required for such a claim.

8. Counter-Plaintiffs' Counterclaim fails to plead with specificity the facts that support a claim for fraudulent inducement to contract.

9. Counter-Plaintiffs' Counterclaim fails to plead with specificity the facts that support a claim for negligent and/or innocent misrepresentation.

10. Any damages claimed or proven by Counter-Plaintiffs are subject to reduction by setoff or recoupment, due to the damages caused by Counter-Plaintiffs' actions, alleged in Counter-Defendant's original Complaint.

11. Counter-Plaintiffs are not entitled to claim any damages against Counter-Defendant for breach of contract, or any other legal theory, for the reason that Counter-Plaintiffs engaged in a pattern of fraud that resulted in the inducement of Counter-Defendant to contract with Counter-Plaintiffs.

12.     Counter-Plaintiffs' claims are asserted in violation of the Statute of Frauds.

13.     Counter-Defendant reserves his right to add affirmative defenses as they become known through discovery.

Dated: December 23, 2002

KOTZ, SANGSTER, WYSOCKI
AND BERG, P.C.

By:_____
    Frederick A. Berg (P38002)
    Gregory S. Pierce (P45552)
    Attorneys for Plaintiff
    400 Renaissance Center, Ste. 2555
    Detroit, Michigan 48243-1602
    (313) 259-8300

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS COLE,

        Plaintiff/Counter-Defendant,

vs.

Capel

RAVINDRANATH KAMBHAMPATI,
M.D., the RAVINDRANATH KAMBHAMPATI,
M.D., LIVING TRUST Dated OCTOBER
20, 2000, the JANAKI KAMBHAMPATI
LIVING TRUST Dated OCTOBER
20. 2000,

        Defendants/Counter-Plaintiffs.

Case No. 02-CV-74575
Hon. Robert H. Cleland
Magistrate Judge Wallace

---

**KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.**
Frederick A. Berg (P38002)
Gregory S. Pierce (P45552)
Attorneys for Plaintiff
400 Renaissance Center – Suite 2555
Detroit, Michigan 48243-1675
(313) 259-8300

**ISHBIA & GAGLEARD, P.C.**
Philip Cwagenberg (P36246)
Attorney for Defendants
251 Merrill, 2nd Floor
Birmingham, Michigan 48005
(248) 647-8590

---

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                  ) ss
COUNTY OF WAYNE    )

MARGARET MOYE, being first duly sworn, deposes and says that on 23rd day of December, 2002, she served a copy of the following:

1. Answer to Counterclaim;

2. Affirmative Defenses to Counterclaim;

along with a copy of this:

via first class mail, pursuant to MCR 2.107(C)(3), upon:

> Philip Cwagenberg
> **ISHBIA & GAGLEARD, P.C.**
> Merrillwood Building
> 251 Merrill Street, Second Floor
> Birmingham, Michigan 48009

*Margaret Moye*
MARGARET MOYE

Subscribed and sworn to before me
this 23rd day of December, 2002.

*Linda M. Zulewski*
LINDA M. ZULEWSKI, Notary Public
Wayne County, Michigan
My commission expires:  09/21/2005