5/13

CLOSED

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LOUIS COLE,

     Plaintiff,

v.
                                Case No. 02-CV-74575-DT

RAVINDRANATH KAMBHAMPATI, MD,
et al.,

     Defendants.

_____/

## ORDER CLOSING CASE

On March 8, 2004, the parties reached an amicable agreement in the above-captioned matter and placed said agreement on the record.  The agreement resolved all claims, including counterclaims, in the matter.  Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE to the ability of any party to move for reopening on or before **May 7, 2004** in the event that settlement is not properly consummated.  Dismissal will be WITH PREJUDICE if no party moves to reopen the case by **May 7, 2004**.

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March ___9___, 2003

PURSUANT ... FED. R. CIV. P.
COPIES ... FOR ALL
PARTIES ...

DEPUTY COURT CLERK